**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fernando VASQUEZ–MURILLO, a/k/a Fernando Vasquez–Moreo, a/k/a Fernando Vasquez, a/k/a Hosea Cervantes, Defendant–Appellant.**

No. 08–4174.

United States Court of Appeals, Tenth Circuit.

Jan. 13, 2009.

Diana Hagen, Office of the United States Attorney, Salt Lake City, UT, for Plaintiff–Appellee.

Carlos A. Garcia, Scott Keith Wilson, Office of the Federal Public Defender, Salt Lake City, UT, for Defendant–Appellant.

Before KELLY, LUCERO, and GORSUCH, Circuit Judges.

**ORDER AND JUDGMENT***

PER CURIAM.

This matter is before the court on the government's motion to enforce the appeal

---

* This panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed. R.App.

P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not

waiver contained in defendant's plea agreement. The motion is filed pursuant to *United States v. Hahn,* 359 F.3d 1315 (10th Cir.2004) (en banc). In response, defendant concedes that the government's motion is well taken because the appeal falls within the scope of the appeal waiver, defendant knowingly and voluntarily waived his appellate rights, and enforcing the waiver would not result in a miscarriage of justice. *See id.* at 1325.

Accordingly, the government's motion is GRANTED, and the appeal is DISMISSED.

binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.